IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FANNIE SSEBANAKITTA,

        Plaintiff,

        vs.                  Case No. 6:20-cv-01167-EFM-GEB

NAN RAYMOND (USPS),

        Defendant.

## MOTION OF THE UNITED STATES FOR
## EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

The United States of America, by and through Stephen R. McAllister, United States Attorney for the District of Kansas, and Emily B. Metzger, Assistant United States Attorney, move the Court for order extending the time for an additional thirty (30) days, or until July 31, 2020, in which Defendant must answer or otherwise plead to Plaintiff's Petition.

In support of this motion, the United States represents the following.

1.      On May 26, 2020, Defendant Nan Raymond, employee of the United States Postal Service, was served by certified mail with a copy of Plaintiff's Petition and a Summons directing her appearance in the Small Claims Court of the District Court of Sherman County, Kansas, on July 7, 2020.

2.      The United States removed this action from the District Court of Sherman County, Kansas, on June 24, 2020.  Pursuant to Fed. R. Civ. P. 81(c)(2)(C), an answer or other responsive pleading is due on July 1, 2020.

3.      This is the United States' first request for extension of time.

4.      Upon reasonable inquiry and following attempts to reach Plaintiff at her last known telephone number, counsel for the United States has been unable to reach Plaintiff concerning this extension of time.

5.      Additional time is needed to process Defendant's request for representation and to obtain and review documentation from the United States Postal Service for preparation of Defendant's answer or other responsive pleading.

WHEREFORE, the United States moves the Court for an order extending for thirty (30) days, to July 31, 2020, the time within which to file an answer or other responsive pleading.

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney
District of Kansas

s/ Emily B. Metzger
EMILY B. METZGER
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, KS  67202
Tele:   316-269-6481
Fax:    316-269-6484
*Emily.Metzger@usdoj.gov*
Ks S.Ct.No. 10750

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2020, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system.

I further certify that on June 25, 2020, the foregoing document and the notice of electronic filing were served by first class mail upon the following:

Fannie Ssebanakitta
P.O. Box 214
Burlington, CO  80807

s/ Emily B. Metzger

EMILY B. METZGER
Assistant United States Attorney
